UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:

MARTI J. WEIS,

    Plaintiff,(s)

vs.

NCL (BAHAMAS) LTD. A
BERMUDA COMPANY d/b/a
NORWEGIAN CRUISE LINE,

    Defendant(s)
_____/

## COMPLAINT

COMES NOW the Plaintiff, MARTI J. WEIS, and sues the Defendant, NCL (BAHAMAS) LTD. A BERMUDA COMPANY d/b/a Norwegian Cruise Line, and alleges as follows:

1. That at all times material, the Plaintiff is a citizen and resident of the state of Ohio.

2. That at all times material, the Defendant, NCL (BAHAMAS) LTD. A BERMUDA COMPANY, hereafter referred to as NCL, is a foreign corporation with a principal place of business in Miami-Dade County, Florida, and doing business as Norwegian Cruise Line.

3. That this is an action for damages which are in excess of Seventy Five ($75,000.00) Thousand Dollars.

1

4. That this Court has jurisdiction pursuant to 28 USC § 1332.

5. That in the alternative, this is a cause of action which arises from the General Maritime Law of the United States, and this Court has initial jurisdiction pursuant to 28 USC § 1333.

6. That at all times material, the Defendant NCL was the owner and/or operator of the cruise vessel NORWEGIAN PEARL.

7. That on or about October 20th, 2013, the Plaintiff boarded the NORWEGIAN PEARL in the port of Miami for a one-week cruise.

8. That at all times material, NCL owed a duty to use reasonable care under the circumstances for the safety of the Plaintiff.

9. That on or about October 24th, 2013, the Plaintiff was in the process of disembarking the vessel with other passengers at the end of the cruise at the Port of Miami. The disembarkation process was under the control of and being supervised by NCL.

10. That as Plaintiff was exiting the vessel and going down the vessel ramp, she was caused to suddenly slip and fall as a result of water or other liquid on the ramp.

11. That NCL had personnel stationed on the ramp and was on actual notice of the ramp being wet and slippery as a result of one of the passengers slipping and falling prior to the Plaintiff's accident.

12. That after Plaintiff's accident, other passengers slipped and fell in the same ramp and it was finally closed by NCL.

13. That NCL breached its duty of care to the Plaintiff and was negligent in one or

2

more of the following manner:

    (a)    That NCL allowed for a dangerous and hazardous condition to exist on its ramp at the time of Plaintiff's fall;

    (b)    That NCL was on actual notice of the dangerous condition of the ramp prior to Plaintiff's accident and negligently failed to take any steps to either dry the ramp or use alternative means to make the ramp reasonably safe for use by the passengers in exiting the vessel;

    (c)    That NCL had superior knowledge to that of the Plaintiff that the ramp was wet and slippery, and failed to provide adequate notice or warning to the Plaintiff prior to Plaintiff's accident;

    (d)    That NCL negligently failed to close the ramp in question prior to Plaintiff's accident even though it was aware that at least one other passenger had fallen prior to the Plaintiff as a result of the wet and slippery condition of the ramp.

14.    That as a direct and proximate result of the negligence of the Defendant, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a known or unknown previously existing condition. The losses are either permanent or continuing in nature and the plaintiff will continue to suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant NCL, for

WAKS & BARNETT, P.A.
9900 SW 107th Ave., #101, Miami, FL 33176 Tel: (305) 271-8282 Fax: (305) 595-9776

costs of this action, for trial by jury, prejudgment interest, and any other relief deemed just and appropriate by this Honorable Court.

        WAKS & BARNETT, P.A.
Attnys for Plaintiff(s)
9900 SW 107th Ave., #101
Miami, FL 33176
Tel: (305) 271-8282
Fax: (305) 595-9776

By: _____
     ANDREW L. WAKS
     FBN: 241350